UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

MICHELLE L. STOCKBERGER,

    Plaintiff,

v.

VISION33 INC.,

    Defendant.

Case No. 1:20-cv-00074-WCL-SLC

## STIPULATION OF DISMISSAL

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice, of this lawsuit, costs paid.

Dated: October 5, 2020

Respectfully Submitted,

| | |
|---|---|
| */s/ Christopher C. Myers (w/ permission)* | */s/ Kenneth B. Siepman* |
| Christopher C. Myers | Kenneth B. Siepman, Attorney No. 15561-49 |
| Ilene M. Smith | Andrew J. Maloney, Attorney No. 35302-32 |
| CHRISTOPHER C. MYERS & ASSOCIATES | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 809 S. Calhoun Street, Suite 400 | 111 Monument Circle, Suite 4600 |
| Fort Wayne IN 46802 | Indianapolis, Indiana 46204 |
| Telephone: (260) 424-0600 | Telephone: (317) 916-1300 |
| Facsimile: (260) 424-0712 | Facsimile: (317) 916-9076 |
| *cmyers@myers-law.com* | *kenneth.siepman@ogletree.com* |
| *jsmith@myers-law.com* | *andrew.maloney@ogletree.com* |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

44239550.1